CASEY JENSEN, Bar No. 263593
cjensen@deconsel.com
STEPHEN ZELLER, Bar No. 265664
szeller@deconsel.com
DeCARLO & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone:  213/488-4100
Telecopier: 213/488-4180

JS - 6

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>v.<br><br>S.I., INC., a California corporation, formerly known as JOSEPH SATHER INSTALLATION; BRIANA LAYFIELD, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. EDCV 20-1087 GW-SHKx<br><br>JUDGMENT<br><br>Before the Honorable<br>George H. Wu<br><br>DATE: December 7, 2020<br>TIME:  8:30 a.m.<br>CTRM: 9D |

This case came for hearing on December 7, 2020 before the Honorable George H. Wu, United States District Court Judge.

It appearing that defendants, S.I., INC., a California corporation, formerly known as JOSEPH SATHER INSTALLATION ("CORPORATION") and BRIANA LAYFIELD, an individual ("INDIVIDUAL"), having been regularly served with process, having failed to plead or otherwise defend this action and

their default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' SECOND AND THIRD CLAIMS FOR RELIEF AGAINST S.I., INC., a California corporation, formerly known as JOSEPH SATHER INSTALLATION and BRIANA LAYFIELD, an individual:</u>

1. Balance on Personal Guarantee     $284,748.80
2. Attorneys' fees pursuant to Local Rule 55-3     9,294.98
GRAND TOTAL     $294,043.78
4. Plus costs to be determined after entry of judgment.
5. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of 7.5% per annum.

DATED: December 8, 2020   _____
                                   HONORABLE GEORGE H. WU
                                   UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO & SHANLEY
A Professional Corporation


By:_____
     CASEY JENSEN
     Attorney for Plaintiffs

1